# EXHIBIT A

**Certification mark TEQUILA
(Registration No. 5225126)**

# United States of America
## United States Patent and Trademark Office

## TEQUILA

**Reg. No. 5,225,126**  
**Registered Jun. 20, 2017**  
**U.S. Cl.: A**  
**Certification Mark**  
**Principal Register**

Consejo Regulador del Tequila, A.C. (MEXICO non-profit civil association. )  
Hercules #2619 Colonia Jardines del Bosque  
Guadalajara MEXICO 44520

CLASS A: DISTILLED SPIRITS, NAMELY, SPIRITS DISTILLED FROM THE BLUE TEQUILANA WEBER VARIETY OF AGAVE PLANT

FIRST USE 1-1-1995; IN COMMERCE 1-1-1995

The certification mark "Tequila", as used by persons authorized by the Consejo Regulador del Tequila, A.C. ("CRT" or "Certifier"), certifies that (1) the goods are manufactured in Mexico from a specific variety of the blue agave plant grown in certain regions of Mexico as defined by Mexican law and standards; (2) the goods are manufactured in Mexico in compliance with Mexican law and standards including fermentation, distillation, aging, the percentage of blue agave sugars and physical- chemical specifications; and (3) the finished product is or contains within it the goods manufactured in accordance with (1) and (2) above.

SER. NO. 78-286,762, FILED 08-13-2003  
RONALD G MCMORROW, EXAMINING ATTORNEY



Joseph Matol

Performing the Functions and Duties of the  
Under Secretary of Commerce for  
Intellectual Property and Director of the  
United States Patent and Trademark Office