# EXHIBIT B

**S2F "Additive-Free Tequila Verification Program"**

The Wayback Machine - https://web.archive.org/web/20201204050112/https://tastetequila.com/2020/our-additive-free-tequila-verification-program/





# Our Additive-Free Tequila Verification Program: The Details

Grover & Scarlet     July 14, 2020     Blog

Why it exists, how it works, and what you should expect.

For the past several years we've been conducting blind tasting events for bartenders, aficionados, and casual tequila fans. These groups of people tend to have wildly different preferences when it comes to tequila, but there is one thing that unites them all: their attitude toward the undisclosed use of additives.

We realized this since at the end of each blind tasting there is a discussion period and inevitably someone will ask something like,

Translate »

*"Where does that intense vanilla, cake-batter aroma come from in sample number 3?"*

The answer, of course, is additives. Although additives are permitted, they are rarely talked about in the industry and never appear on the label*. After years of study, we have become familiar with tequila profiles that rely on additives, and those that don't.

When we tell a taster a particular tequila's profile is due to additives — whether they initially liked it or not– they often feel tricked. Their next question is, *"How can I find a list of tequilas that don't have additives?"*

It didn't exist, so we decided to do something about it.

With a lack of clarity from brands, and no legal requirement to declare additive use, we began to think about what kind of program we could put together to help inform consumers on which tequilas are additive-free.

(This is our list of Verified Additive-free Tequilas.)

We knew this would be a formidable task. Although the Tequila Regulatory Council (CRT) does a thorough job at supervising production, creating a detailed chemical analysis for every batch, and enforcing the rule that additives can only be used when they do not exceed 1% by volume, we also knew that only a minute quantity of "abocantes" (as they are called in the industry) are needed to completely change a tequila's profile.

Could we come up with a foolproof plan to detect any/all additive use, and catch any cheating that could possibly happen when the CRT isn't looking? Probably not.

But, we interviewed several industry professionals with first-hand experience using additives (under strict confidentiality) and with their help eventually came up with a program that we believe is rigorous and goes a long way in showing the transparent and honest nature of any brand that signs up for it.

Our process is an evolving one. Participating brands and distilleries are aware that their verifications must be renewed each year, and the first year is free. As we learn more, the verification process will likely change, becoming stricter.

We are not doing this because we think additives are bad, or we want to call out brands that are using them. Additives serve a legitimate purpose in the industry. Likewise, if someone enjoys tequilas that contain additives, we are not saying these people are wrong. Above all, drink what you like and don't feel bad about that.

For us, this is simply a matter of transparency. As tequila lovers, we believe that additives should be disclosed because they are creating confusion in the marketplace as to how a natural tequila really tastes. If too many people get the idea that tequila is saccharine , intensely floral, or cake-like, how will they judge the slightly sweet, subtle and complex profiles of additive-free tequilas?



Part of the Verified Additive-free process involves looking through inventory records for the past year. This binder of records at Tequila Patrón contains that information.

**So, here's a quick reminder on how additives are used in the tequila industry:**

Additives are generally used to change the aroma, flavor, color, mouthfeel, and intensity of sweetness of tequilas. Their stated purpose is to maintain consistency between batches. Permitted additives include:

- – Glycerin (for mouthfeel)
- – Caramel Coloring
- – Oak Extracts
- – Sugar-based Syrup

However, there are tequilas that go beyond subtle rectification and instead rely on the use of additives to build their entire flavor profile. Use of additives can be subtle, or dramatic, and it's all perfectly legal.

See our story "The Lowdown on Tequila Additives" for more information about each of these categories, and how

they are used.

## Here's how our verification process works:

First, it's important to understand that every distillery or brand is different, so our inspection process needs to be flexible while still being complete. The inspection for an entire distillery is different than that of a single brand within a distillery.

**Process: Entire Distillery**

For a distillery that produces one or several brands, the process involves the following:

– Signing of a non-disclosure agreement so that the distillery can be completely honest with us at all times. If, during the verification process, we are exposed to trade secrets, proprietary production processes or techniques, or other protected information, we are not allowed to disclose this to anyone. Our task is to verify the non-use of additives, and nothing more.

– A full tour of the facility, beyond what is commonly provided on tours. We must be authorized to see any area of the distillery that we wish.

– Access to production log books and receipts that show purchases of supplies in and out of the distillery



The commercially available bottle of El Tequileno Blanco, left, and the "testigo", or witness bottle on the right from that same lot.

– Authorization to view CRT records that show if any tequila was purchased from any other distillery within 1 year from the date of inspection

– Access to official CRT lab chemical analysis reports for batches created within 1 year from the date of inspection

– Access to agave purchase records for a period of 1 year

– Collection of samples of blanco tequila direct from the still, and aged tequilas direct from the barrel. We must witness the collection of these samples, and be able to take them back to our office for additional sensorial analysis as needed.

– A side-by-side comparison of the official CRT "witness" (test sample bottle sent to the CRT for each batch for chemical analysis) with a retail version of that same batch. (They must match in order to pass.)

If during the distillery inspection process additive use is either discovered or disclosed, the distillery must then supply detailed information about which brands or products are using them, and in what amounts.

In addition, if we discover that the production processes for a particular product do not match what the brand states publicly, then the product will not earn the "verified additive-free" designation. An example of this is if a brand states their method of extraction is roller mill, but we learn through our verification process that they are buying some or all of their product from another distillery that uses a diffuser.

It is possible that some brands from a distillery will earn the "verified additive-free" certification while others will not.

**Process: Single Brand**

For a brand that does not have the distillery's permission to view internal records, the process involves the following:

– Signing of a non-disclosure agreement so that the distillery or brand representatives can be completely honest with us at all times

– A full tour of the facility showing all of the equipment used to produce tequila for that brand. (This gives us an idea of the aromas/flavors naturally produced during their process. If the end result is dramatically different, this would be a clue to dig deeper.)

– Access to official CRT lab chemical analysis reports for batches from that brand created within 1 year from the date of inspection

– Collection of samples of blanco tequila direct from the still, and aged tequilas direct from the barrel for that brand. We must witness the collection of these samples, and be able to take them back to our office for additional sensorial analysis as needed.

– A side-by-side comparison of the official CRT "witness" (test sample) bottle with a retail version of that same batch. (They must match in order to pass.)



Testigo, or "witness", bottles are saved at El Pandillo indefinitely. These are samples sent to the CRT for chemical analysis for every batch made at a distillery.

**Process: Sensorial Evaluation (Distillery + Single Brands)**

Both processes involve sensorial evaluations by us. Our tequila education has included intensive training from tequila industry professionals in the use and detection of additives. This training has been specialized, private, and under strict confidentiality.

Although chemical analyses can be helpful in some instances, modern additives are extremely concentrated and may not register in the lab.

During these evaluation sessions, we look for consistency of product through the latter stages of production: distillation, resting/aging, and bottling. The changes in the product should be minimal to none between these steps.

Should dramatic changes appear suddenly, the distillery will have an opportunity to explain the causes and further investigation into those claims will be made to independently validate them.

During inspections, we may bring retail store-bought bottles purchased by us into the process. These are then matched with the CRT test samples ("witness" bottles of the same batch) and compared sensorially on-site during the inspection.

As this is the first year of the program, we expect to be adding to this document, and will continue to update you on our process and thoughts. In the meantime, we hope we are providing valuable work for tequila lovers, and the industry at large.

## Frequently Asked Questions (and answers):

**– Which tequilas have been already verified as additive-free?**

This list will change over time as we conduct verifications. You can see it, here: https://tastetequila.com/no-additives

**– Aren't all 100% agave blancos supposed to be additive-free?**

Yes, and no. There are some confusing rules in the NORMA that appear to allow the use of additives in a blanco.**

**– Will you disclose which tequilas DO contain additives?**

No, we will only list the products that have passed our verification process. If a tequila fails our verification process, we don't call them out — we simply won't add them to our list.

**– Are diffuser-made products eligible for verification?**

Yes. We do not disqualify products based on their production method. However, if a diffuser is used in production but not publicly disclosed, then the product will not pass the verification process.

**– Are you taking into account changes to the final product due to oxygenation and filtration, and not additives?**

Yes, we recognize these are common practices that change some qualities of the tequila, such as mouthfeel.

That's why knowing the brand's complete process is important.

– **How do I get my brand verified? Is there a cost for the inspections?**

Use our contact form to send us a message indicating your interest. We will follow up with you on the next steps. There is no cost for the initial verification. Annual renewal verifications will involve a small charge to cover expenses. The fee for renewals is a flat fee per daily visit to a distillery.

– **Are surprise inspections performed without notice to the distilleries?**

No, this is not necessary. Because we take samples of tequila direct from the still and barrels, we are able to compare these samples with what is publicly available in retail stores. Additives are introduced into the process at the very end, just before bottling. If there is a big difference between what comes directly from the still and what it available in retail stores, then this may suggest additive use. Showing up unannounced to a distillery is therefore not necessary, nor would it be effective since we need cooperation from the distillery to go through our process.

– **Do you perform gas chromatography tests on samples to detect additives?**

Gas chromatography machines can be used to detect compounds in a tequila, but unless you know the exact compound's unique signature, then you won't be able find it in a test. Since we never know what may have been added to a product, we don't know what signatures to look for. Therefore gas chromatography tests are not useful for the detection of additives.

– **Who is funding this program?**

The funding for this project is provided entirely through us, plus whatever fees may be collected from brands or distilleries in the future. This is not a money-making venture. Our goal is to break even. We are totally independent and not affiliated with any brands or distilleries.

– **Additives are legally permitted in the tequila NORM, so why are you doing this?**

We don't have a problem with legal additive use, but we do think that additive use should be disclosed on the label so the consumer can decide for themselves. We will consider this program a success if/when there is a change to the NORM that requires fully transparent labeling. If that day comes we will happily shut down the program.

– **Do you inspect every batch a brand produces?**

No. We inspect each product once per year, as outlined above. As long as the product profile remains consistent throughout the year there is no need to re-inspect. Retail-purchased bottles are regularly checked (aroma and flavor comparisons) by us between inspections. Should the product suddenly change, we will make another visit to the distillery where the verification process can be repeated.

**– My brand is kosher, does it automatically qualify?**

No. Although kosher certification does state that additives are not permitted, there are different types of kosher certifications, and some are more rigorous than others.

**– My brand is USDA Organic, does it automatically qualify?**

No. "Organic" certification does not mean that no additives are used.

**– Does adding wood chips to barrels count as "additives"?**

No. This is a production technique using natural wood, and there are no official rules against it.

**– The distillery that makes my brand won't allow any inspections. What can I do?**

Our verification process requires a distillery visit. Make sure that your distiller knows that there is a difference between an entire distillery inspection vs. a single brand verification. (Read the descriptions above to understand the difference.)

If your distiller still will not allow us to verify your batch as it is being produced then you may want to find another distillery partner who will.

**– Are "mixto" (non-100% agave) products qualified for verification?**

Yes. However, the tequila must be made and bottled where we can inspect it. If the tequila is shipped in bulk to another country and bottled by a third party, it is not eligible for verification.

We do recognize that some larger producers have a separate bottling facility under their same NOM, and this would not disqualify them.

---

\* *We are talking about 100% agave tequilas, not flavored tequilas, or tequilas that contain more than 1% by volume, which are legally required to be labelled.*

\*\* *In the 2012 NORMA, section 4.36.1 says that blanco tequilas should be "sin abocante" (without additives). However, section 6.1.1.1 states that the products defined in 5 sections, including 4.36.1, allows for "edulcorantes, colorantes, aromatizantes y/o saborizantes permitidos por la Secretaría de Salud" (sweeteners, coloring, aromas and flavors allowed by the Health Secretary.)*

Previous Post

Next Post

## 6 Comments



**Lou Agave**
July 15, 2020 at 7:27 am

I for one know how long Grover has been working on this project, and how much work he's put into it, and I appreciate it. We need transparency in this industry, as we've been yelling for, but he has actually gone and done the leg work. Thank you Grover and Scarlet

+ Reply



**Michael Indrigo**
July 15, 2020 at 8:47 am

This looks like a tremendous amount of work has gone into it and it is so greatly needed in today's agave world. Thank you so much for your efforts!

+ Reply



**Tony stuart**
July 15, 2020 at 7:48 pm

All I can say is this is an amazing thing you are doing. So glad I found this!

+ Reply



**Brian Robinson**
July 21, 2020 at 4:44 pm

While I love this app, the knowledge base and hard work envolved, I'm disappointed by a few reviews made by the owners. You say your not calling out or putting down a distillery who uses an additive but your reviews say the

opposite. I think some brands who do not should. I think some that do make a marvelous product. It's great to make a list of those who don't use additives, but the bias of those who choose to makes me want to discontinue my use of this app and it's vast knowledge base.

+ Reply



**Grover**
July 23, 2020 at 12:05 pm

Hi Brian. Thanks for the feedback. It's no secret that we personally don't enjoy tequilas with obvious additives, and that this was the reason for us starting the project. But we don't let our personal opinions get in the way of the verification process.

As we said in our announcement, there is a place in the market for additives. If their use was listed on the label, then we'd have no reason to this level of verification.

We love tequila. But if a tequila smells and tastes like vanilla cake batter, or bubble gum, we're not going to rate it very highly because it no longer retains the agave that we so love.

There is room for us to have an opinion, yet remain objective in our verification process.

+ Reply



**Carlos Arizpe**
August 3, 2020 at 2:10 pm

Felicidades por este trabajo y su pasión por qué los que nos gusta el tequila podamos disfrutar de un mejor producto. Mientras las normas se cumplan los mas beneficiados ademas de los consumidores, serán los fabricantes al contar con un producto mucho mejor identificado.

+ Reply

# Leave a Reply

Your email address will not be published. Required fields are marked *

**Comment**

**Name ***

**Email ***

**Website**

Post Comment

## Tequila Mobile App

Named one of "The Five Must-Have Apps" by Thrillist!

*"A tequila app that rocks!"*

Tequila Matchmaker, our free app for iPhone and Android, can detect your own individual "flavor fingerprint" and match you with tequilas that are right for you (and then tell you where to find them.) Don't believe us? Give it a try!



It's like "Pandora for Tequila!"

## Who Are We?

We are Grover and Scarlet, tequila fans who just can't seem to get enough of tequila. We live in Tlaquepaque, Jalisco. Want to know more?

Or do you just want to say hello?

Maybe it's our cats that you're looking for? Don't worry, we have a website for that, too. Take a look.

## Tequila Mobile App

*Free install here:*

- iPhone / iPad app
- Android app

## Tequila Tasting Events

If you want to be alerted about tequila tasting events in your area, get your name on our list! Fun times, cool people, and really great tequilas are near.

## Follow Us!

Hey, we're all about being social! Why not join us and the rest of our tequila-loving community on these fine sites:



Please join, follow, and introduce yourself. There are enough seats at the bar for everyone!



**Tequila Matchmaker** is our free mobile app for tequila freaks. It'll make suggestions for other tequilas to try in your area based on your likes and dislikes!

© 2009-2020, S2F Online, Inc. - Taste Tequila and Tequila Matchmaker are property of S2F Online, Inc.