# EXHIBIT D

**To all Producers, Bottlers, and Marketers of Tequilla, Subject: "Additive-Free" Legend, Consejo Regulador Del Tequila A.C., March 4, 2024**



Avenida Patria 723
Jardines de Guadalupe
45030 Zapopan
Jalisco, México.

Tel:  (33)1002 1900
Fax: (33)1002 1926

Zapopan, Jalisco, march 4th 2024.

## Circular

## To all Producers, Bottlers, and Marketers of Tequila

**Subject: "Additive-Free" Legend.**

As you are aware, the Tequila Regulatory Council (hereinafter referred to as the "CRT") is the Conformity Assessment Body for NOM-006-SCFI-2012-Alcoholic Beverages-Tequila-Specifications (hereinafter the "Tequila NOM"), and as such, one of its functions performed through its accredited Inspection Unit is to verify that the commercial information included on the label is truthful and verifiable, in accordance with the provisions of the Tequila NOM which states:

*"11.1 Marking and labeling*
*Each container must bear a legible label containing the following information in the Spanish language, which must be truthful and not misleading to the consumer regarding the nature and characteristics of the Tequila…:*
*[…]*
*11.2.3 Commercial information must be free from texts, images, or other descriptions that may mislead or confuse the consumer due to their inaccuracy […]"*

Lo anterior, es consistente con lo dispuesto en la NOM- 142-SSA1/SCFI-2014, que al respecto establece lo siguiente:

*"9.1.3 3 The information contained on the labels must be presented and described in a clear, truthful, and verifiable manner, avoiding it being false, ambiguous, or misleading to the consumer regarding the nature and characteristics of the product."*



Considering the increasing use of the "Additive-Free" legend on the labels of several Tequilas, it becomes essential for the CRT that such information be supported by scientific, objective, and reliable evidence that supports the qualities or properties of the product. Therefore, we kindly urge all producers, bottlers, and brand owners to take this circumstance into account, understanding that in the event of not having such evidence, the use of this legend should be avoided, in order to continue guaranteeing consumers of this beverage full compliance with the provisions of the Tequila NOM.

web: www.crt.org.mx
email: crt@crt.org.mx

*"AUTENTICIDAD, LA ESENCIA DE NUESTRO ORIGEN"*



Avenida Patria 723
Jardines de Guadalupe
45030 Zapopan
Jalisco, México.

Tel: (33)1002 1900
Fax: (33)1002 1926

In this regard, in pursuit of our function to inspect and certify strict compliance with the Tequila NOM, we hereby inform you that the CRT will proceed to take appropriate actions within our jurisdiction in the event of any future contingencies related to the use, without proper evidence, of the "Additive-Free" legend on Tequila labeling.

We are confident that we can count, as always, on your solidarity and commitment to ensure the protection of the Tequila Designation of Origin, in order to maintain conditions of fair competition among all economic agents involved.

Without further ado at this time, we remain at your disposal for any related matters.

Sincerely,

_____
Ing. Christian Adir Apodaca Márquez
Certification Body
Tequila Regulatory Council, A.C.

C.c.p.  Mtro. Ramón González Figueroa - Director General, CRT.
        Mtro. Martín Muñoz Sánchez – Comisionado Técnico UI, CRT.
        Lic. Ricardo Soto Manzanares – Asuntos Jurídicos, CRT.

web: www.crt.org.mx
email: crt@crt.org.mx

"AUTENTICIDAD, LA ESENCIA DE NUESTRO ORIGEN"