# EXHIBIT E

**D.G.N.191.01.2024.2473, The Mexican General Directorate of Standard, August 6, 2024**

Regulation, Competitiveness and Competition Unit
Directorate-General for Standards

**Of. No. DGN.191.01.2024.2473**

Mexico City, August 6, 2024

**Subject:** A response is given to a letter of May 15, 2024, regarding a request for an opinion regarding the certification of the term "Free of additives".

**TEQUILA REGULATORY COUNCIL, A.C. (CRT)**
**LED. Ricardo Soto Manzanares**
**Proxy**
Address: Avenida Patria #723, Col. Jardines de Guadalupe, C.P. 45030, Zapopan, Jalisco.
Email addresses:
rsoto@crt.org.mx, ramon.gonzalez@crt.org.mx, rgomez@crt.org.mx y rjimenez@crt.org.mx
Phone number: (33) 10021900.
**Present**

In response to your letter of May 24, 2024, received via email on May 27, 2024 in this Administrative Unit, which was assigned number 2149[1], I refer to your letter of May 15, 2024, received digitally in this General Directorate of Standards on May 27 of this year, by which it exposes a situation fundamentally related to the certification of the term "Free of additives", requesting the following:

> "UNIQUE. - Taking into consideration the principles of regulatory improvement established in the General Law of Regulatory Improvement, that the General Directorate of Standards (DGN) in its worthy charge, be kind, to issue an opinion to this Honorable Conformity Assessment Body, regarding the infeasibility of certifying the term FREE OF ADDITIVES and therefore the use of said term or its translation into another language is NOT ALLOWED, or analogous phrases on the labeling, packaging and/or packaging, analogous and related to the advertising of Tequila." (sic)

In this regard, based on the provisions of Articles 15, 16, section X, and 35, section II, of the Federal Law of Administrative Procedure; 34, sections II, XIII and XXXIII, of the Organic Law of the Federal Public Administration; 5, section III, 9 and 10, sections XIII and XIV, of the Quality Infrastructure Law, and 36, section I, of the Internal Regulations of the Ministry of Economy, this General Directorate of Standards states the following:

---

[1] By which it discharges in a timely manner the requirement formulated through official letter number **DGN.191.01.2024.1548** of May 24, 2024, thus complying with the formalities required by the Federal Law of Administrative Procedure so that the Authorities can be in a position to attend to the promotions prepared by individuals.

**FIRST. -** It is the responsibility of the Ministry of Economy to establish and monitor the quality standards, weights and measures necessary for commercial activity, as well as industrial standards and specifications. Likewise, in its capacity as Standardizing Authority, it is empowered to interpret the scope of the Official Mexican Standards that it issues within the scope of its competence, among these, **NOM-006-SCFl-2012**, Alcoholic Beverages - Tequila - Specifications (**hereinafter NOM-006**).

**SECOND. -** NOM-006 indicates in its numeral **11.1** the information that must be contained in the labeling, indicating that it must be clear and truthful, thus avoiding misleading the consumer regarding the nature and characteristics of Tequila. Likewise, in its numeral 11..2.3 it states that commercial information must be free of texts or images or other descriptions that induce error or confusion to the consumer due to their inaccuracy, such as "100% natural", "100% Mexican", "100% natural product", "100% reposado" or other analogues.

**THIRD. –** From numerals **3.3** and **3.4** of the Conformity Assessment Procedure of NOM-006, published on May 10, 2022 in the Official Gazette of the Federation (**hereinafter DOF**), it is understood that certification is the issuance of a declaration by a Certification Body (**hereinafter OC**) accredited and approved, based on the decision that the product of the appellation of origin "Tequila" **has demonstrated compliance with the requirements** and specifications established in NOM-006.

**FOURTH. -** Now, in the relevant part of numeral 4.36 of NOM-006, it is stated textually that "Tequila **may** be added of sweeteners, colorings, flavorings and/or flavorings **allowed by the Ministry of Health**, in order to provide or intensify its color, aroma and/or flavor"; therefore, the use or not of these additives (additives), it does not affect the quality of the product or contravene the provisions of NOM-006.

**FIFTH. -** In accordance with the provisions of the previous point, it should be noted and highlighted that the Ministry of Health published in the DOF on July 16, 2012, the AGREEMENT by which additives and adjuvants in foods, beverages and food supplements, their use and sanitary provisions are determined (**hereinafter Agreement**), defining as a <u>**food additive {additive**</u>}) any substance which as such is not normally consumed as food, nor is it used as a basic ingredient in food, whether or not it has nutritional value, and the addition of which to the product for technological purposes in its stages of production, processing, preparation, processing, packaging, transport or storage, results or can reasonably be expected to result (directly or indirectly) from itself or its by-products, in a component of the product or an element that affects its characteristics (including organoleptic characteristics). **This definition does not include "contaminants" or substances added to the product to maintain or enhance nutritional qualities**.

This Agreement recognizes flavorings, colorings and sweeteners as additives, which states that with the exception of flavorings, they must be indicated in the declaration of ingredients contained in the labeling, with the common name or, failing that, with some synonym.

By virtue of the foregoing and particularly in response to the request made in the reference letter, in the **opinion** of this Authority, the certification of the term "Free of additives" would cause confusion to the regulated subjects and in the activities of Conformity Assessment; this is because in terms of NOM-006 itself and its Conformity Assessment Procedure,  <u>the certification is the manifestation of conformity to demonstrate that the alcoholic beverage **"Tequila"** complies with **the requirements and specifications of NOM-006**, including the commercial information contained in the labeling that it displays, which must be verifiable.</u>

2

**In this regard, the use of phrases such as the oft-quoted "Free of additives", some analogous or similar, either in Spanish or in its translation into any other language, as part of the commercial information displayed on the labeling of "Tequila", must be previously verified and not misleading as to the characteristics and nature of said alcoholic beverage.**

In effect, the individual or applicant for the certificate and/or opinion of compliance in NOM-006, must demonstrate **to the Conformity Assessment Bodies accredited and approved in said standard**, that his product fully complies with the requirements and specifications established in the aforementioned Official Mexican Standard, which includes the verification of each and every one of the elements contained in the product labeling; otherwise, it would be in breach of NOM-006 itself, being subject to the acts and/or sanctions that are applicable.

Now, in view of what has been stated in the previous paragraph, in correlation with what is referred to in the leading part of the document that is being addressed relating to:

> *""PSEUDO CERTIFICATION" promoted by a website called Tequila Match Maker (https://tequilamatchmaker.com/): this communication platform illegally began offering "CERTIFICATION, VERIFICATION, or CONFIRMATION SERVICES" that a product is "FREE OF ADDITIVES"" (sic).*

It is stated that in terms of what is stated in the Third Point of this letter, the certification of the term "Free of additives" is inadmissible, since the certification corresponds to the product "Tequila" and not to legends that refer to the possible characteristics of the product, so that only the certification may be carried out by Certification Bodies duly accredited and approved in NOM-006, in accordance with the provisions of said standard and its PEC, and not by individuals or legal entities that do not have the character of Certification Body, as apparently happens with "Tequila Match Maker", since the "pseudo certification" that is supposedly being carried out, can lead to error and confusion to the consumer by being misleading and not observing what NOM-006 mandates.

For the sake of completeness, the statement made by the Federal Consumer Protection Office in official letter **number PFC/SPS/061/2024** of August 1 of this year, which is attached for further reference, signed by Mr. Sebastián Hernández Méndez, Deputy Attorney General for Services, is brought up for the purposes of this article, which states in what is of interest, The following:

> *"In the year 2000, "Tequila Matchmaker" emerged, founded by a group of foreigners, who by their own authorship, disseminate and promote a supposed certification **issued and granted in another country; not in Mexico**, which they call "Additive Free Tequilas", which has been acquired by various brands related to Tequila.*
>
> *Therefore, the alleged certification, indicated above, **confuses or may confuse the consumer**, since they are not regulated in the applicable legal framework {NOM-006- SCFl-2072).*
>
> *Under this situation, this Federal Consumer Protection Office maintains the following:*
>
> *…*

*Therefore, it is evident that, by pointing out or embodying the legend "Free of additives", supported by means of a supposed certification, and since they are not accredited to issue the aforementioned certifications, it contravenes the process of making Tequila, demeriting and intimidating consumers, by making them think that consuming **additives** in tequila can be harmful to your health, thus lacerating the reputation of Tequilas that are attached to the norm, but that do not have the distinction "free of additives". (sic).*

Having stated the above, it is to be established that this official letter is made known to you through the following email addresses: rsoto@crt.org.mx, ramon.gonzalez@crt.org.mx, rgomez@crt.org.mx, and rjimenez@crt.org.mx, which were indicated for such purposes in the letter by which the prevention formulated through the various official letter **DGN.191.01.2024.1548 is addressed**.

Regardless of what is indicated in the preceding paragraph, it is reported that, if you require this official letter in original, **it is available for physical delivery, either to you or to the persons you indicated to receive notifications (Ramón González Figueroa, Rafael Gómez Aguayo and Ricardo Jiménez Avalos), at Calle Pachuca #189, Piso 6, Colonia Condesa, Cuauhtémoc Territorial Demarcation, Mexico City**, from 9:00 a.m. to 6:00 p.m., on business days.

Sin otro particular, aprovecho la ocasión para enviarle un cordial saludo.

Atentamente
DIRECCIÓN GENERAL DE NORMAS

0 6 AGO. 2024

Lic. Julio Eloy Páez Ramírez
Director General de Normas

OFICIO DESPACHADO

Vol. 2149 (2024)
CDD. 2C.6

Elaboró: Ing. Jorge García Ortiz.
Revisó: Lic. Yoanel Villegas Rendives.

Federal Consumer Protection Agency
Deputy Attorney General's
Office for Services

4

Official Letter No.
PFC/SPS/061/2024
Mexico City, August 1, 2024

**Mtro. Salvador Argüelles López**
Head of the Regulation, Competitiveness and Competition Unit

**Lic. Julio Eloy Páez Ramírez**
Director General of Standards

### THE PHRASE "TEQUILA FREE OF ADDITIVES" MISLEADS AND CONFUSES CONSUMERS FOR BEING INACCURATE, VIOLATING THE TEQUILA NORM

In the year 2000, "*Tequila Matchmaker*" emerged, founded by a group of foreigners, who by their own authorship, disseminate and promote a supposed certification issued and granted in another country; not in Mexico, which they call "Additive Free Tequilas", which has been acquired by various brands related to Tequila.



Therefore, the **alleged certification**, indicated above, **confuses or may confuse the consumer**, since they are not regulated in the applicable legal framework (NOM-006· SCFl-2012).

Under this situation, this Federal Consumer Protection Office maintains the following:

The Official Mexican Standard NOM-006-SCFl-2012, defines **the procedure to soften the flavor of** Clase Joven, Reposado, Añejo or Extra Añejo **tequilas by adding** one or more of the following four ingredients **(additives)** such as caramel color, natural oak or oak extract, glycerin and/or sugar-based syrup. In the same way, it is of great importance to note that the content of any of the four **flares must not be greater than 1%.**

Therefore, it is evident that, by pointing out or embodying the legend "Free of additives", supported by means of an alleged certification, and since they are not accredited to issue the aforementioned certifications, it contravenes the process of making Tequila, demeriting and intimidating consumers, by making them think that consuming **additives** in tequila can be harmful to their health,

thus lacerating the reputation of Tequilas that are attached to the norm, but that do not have the distinction "free of additives".

**WIDESPREAD DAMAGE TO THE GENERAL DECLARATION OF PROTECTION OF THE APPELLATION TEQUILA AND THE TEQUILA INDUSTRY WERE OF ORIGIN.**

The General Declaration of Protection of the Denomination of Origin "Tequila" **is recognized in 55 countries, including those of the European Union.**

For all the above, this Federal Consumer Protection Office is pleased to issue this pronouncement in order to protect not only consumers, but also the appellation of origin of TEQUILA, which as has been specified, the addition of additives can be part of the process of making tequila, and **all those who have its certificate issued by the Regulatory Council are safe and do not put the lives or health of consumers at risk.**



Atentamente

Lcdo. Sebastián Hernández Méndez
Subprocurador de Servicios

c.c.p. Dr. David Aguilar Romero.- Federal Consumer Attorney. For your information.