# EXHIBIT F

**To all Producers, Bottlers, and Marketers of Tequilla, Subject: "Additive-Free" Label, Consejo Regulador Del Tequila A.C., August 12, 2024**



Avenida Patria 723
Jardines de Guadalupe
45030 Zapopan
Jalisco, México.

Tel: (33)1002 1900
Fax: (33)1002 1926

Zapopan, Jalisco, August 12th 2024.

## Circular

## To all Tequila Producers, Bottlers, and Marketers

Subject: "Additive-Free" Label.

As you are aware, the Tequila Regulatory Council (hereinafter referred to as the "CRT") is the Conformity Assessment Body for NOM-006-SCFI-2012-Alcoholic Beverages-Tequila-Specifications (hereinafter referred to as the "Tequila NOM"), and as such, one of its functions, carried out through its accredited Inspection Unit, is to ensure that the commercial information included on the label is truthful and verifiable, under the provisions of the Tequila NOM itself.

In our circular dated March 4th of this year, we expressed our concern that the "Additive-Free" label be supported by scientific, objective, and reliable evidence that substantiates the qualities or properties of the product. In the absence of such evidence, the use of this label should be avoided to continue guaranteeing consumers that this beverage fully complies with the provisions of the Tequila NOM.

In this context, on August 6th, 2024, the CRT was notified of the opinion held by the General Directorate of Standards (hereinafter referred to as the "DGN") and the Federal Consumer Protection Agency (hereinafter referred to as the "PROFECO") regarding the use of the claim "Additive-Free" or any other similar claim in Spanish or its translation into any language that implies the absence of additives.

In this regard, the DGN considers that "the certification of the term 'Additive-Free' would cause confusion among consumers and regulated parties and in conformity assessment activities [...] Under this order of ideas, the use of phrases such as the aforementioned "Additive-Free", any analogous or similar phrase, whether in Spanish or its translation into any other language, as part of the commercial information displayed on the labeling of "Tequila", <u>must be previously verified and not mislead regarding the characteristics and nature of such alcoholic beverage.</u>" [original emphasis].



web: www.crt.org.mx
email: crt@crt.org.mx


"AUTENTICIDAD, LA ESENCIA DE NUESTRO ORIGEN"



Avenida Patria 723
Jardines de Guadalupe
45030 Zapopan
Jalisco, México.

Tel:  (33)1002 1900
Fax: (33)1002 1926

On its part, PROFECO considers that "THE PHRASE 'ADDITIVE-FREE' MISLEADS AND CONFUSES CONSUMERS DUE TO ITS INACCURACY, VIOLATING THE TEQUILA NOM" [original emphasis].

In light of this, we inform you that the CRT will not issue any certification or document regarding the claim "Additive-Free" or any similar label implying the absence of additives, to prevent the materialization of the considerations expressed by the competent authorities. Therefore, as previously stated, we urge all Tequila Producers, Bottlers, and Marketers to avoid falling into fraudulent schemes offering supposed certification services and to avoid the use of the term "Additive-Free" or similar terms unless in full compliance with the requirements established by these authorities, and not to mislead consumers into believing that additives permitted by the standards are harmful to health.

Without further ado, we remain at your disposal for any related matters.

Sincerely

Ing. Christian Adir Apodaca Márquez
Certification Body
Tequila Regulatory Council, A.C.

C.c.p.  Mtro. Ramón González Figueroa – Director General, CRT.
Mtro. Martín Muñoz Sánchez – Comisionado Técnico UI, CRT.
Lic. Ricardo Soto Manzanares – Asuntos Jurídicos, CRT