UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CONSEJO REGULADOR DEL
TEQUILA A.C.,

    Plaintiff,

v.     Case No. 3:25-CV-236

ADDITIVE FREE ALLIANCE, INC.
AND S2F ONLINE, INC.

    Defendants.
_____

## Notice of Filing
### Uniform Case Management Report and Motion for Reconsideration

Plaintiff, Consejo Regulador del Tequila A.C., through counsel, hereby submits its Notice of Filing Uniform Case Management Report and Request for Reconsideration, and states:

On August 4, 2025, counsel for Defendants provided their approval and authorization to affix their signature to an agreed upon a Uniform Case Management Report, annexed hereto as Exhibit 1, that had been sent to counsel for Defendants on August 1, 2025.  On August 4, 2025, co-counsel for Plaintiff commenced trial in the Southern District of Florida in Case No. 24-cv-80019-DAMIAN and the assistant helping with this matter was out on medical leave.  Therefore, despite being agreed to by the parties, and despite the parties proceeding in accordance with their agreed-

upon Uniform Case Management Report, the Report was inadvertently not filed with the Court. For this, counsel for Plaintiff apologizes. The parties have been actively involved in settlement discussions and are optimistic that they will resolve this civil action shortly. However, given that the failure to file the Uniform Case Management Report was inadvertent, Plaintiff requests this Court reconsider D.E. 25, reinstate the above-captioned civil action, and adopted the Uniform Case Management Report annexed hereto. Should the Court reinstate this matter, Plaintiff will be filing an agreed motion to suspend briefing on Defendants' pending Motion for Summary Judgment for 30 days while the parties attempt to conclude their settlement.

WHEREFORE, Plaintiff requests this Court reconsider D.E. 25, accept the belated Uniform Case Management Report, reinstate this matter, and for such other and further relief as this Court deems appropriate.

Dated: September 11, 2025

Respectfully submitted:

**HOLLAND & KNIGHT LLP**

By: */s/ Justin S. Cohen*
Justin S. Cohen

**Justin S. Cohen**
Texas Bar No. 24078356
Justin.Cohen@hklaw.com
1722 Routh Street #1500
Dallas, Texas 75021
Tel: (214) 969-1700
Fax: (214) 969-1751

/s/ Daniel J. Barsky
Daniel J. Barsky, Esq.

**Daniel J. Barsky, Esq.**
Florida Bar No. 0025713
daniel.barsky@hklaw.com
701 Brickell Ave.
#3300
Miami, Florida 33131
Tel: (305) 458-1193
Fax: (305) 789-7799

*Attorneys for Plaintiff*
*Consejo Regulador Del Tequila A.C.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was filed via CM/ECF this 11th day of September, 2025 which caused a copy to be served on all counsel of record.

/s/ Justin S. Cohen
Justin S. Cohen, Esq.