IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| CONSEJO REGULADOR DEL TEQUILA A.C., <br><br> Plaintiff, <br><br> v. <br><br> ADDITIVE FREE ALLIANCE, INC., and S2F ONLINE, INC., <br><br> Defendants. | CASE NO.: 3:25-CV-236 <br><br> JURY TRIAL DEMANDED |

**AGREED MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 3.01 of the United States District Court of the Middle District of Florida, Plaintiff Consejo Regulador del Tequila, A.C. ("CRT") moves for an enlargement of time to respond to Defendants' Motion for Partial Summary Judgment (ECF No. 24)(the "Motion") and in support thereof states:

On August 22, 2205, Defendants filed their Motion prior to responding to written discovery served on Defendants by CRT.  CRT subsequently granted Defendants a ten (10) day extension to respond to the outstanding discovery requests.  Subsequent to that, Defendants responded to CRT's prior settlement

1

proposal; CRT is in the process of preparing a reply to CRT's response and the parties are engaged in good-faith negotiations to resolve this dispute.

Given the ongoing, productive settlement discussions, CRT asked Defendants for a thirty (30) day extension of time to respond to the Motion to continue settlement discussions and address Defendants' discovery responses, if necessary. Defendants agreed.

WHEREFORE, CRT, by and through the undersigned counsel, respectfully requests that this Court enter an order granting CRT an additional thirty (30) days to respond to ECF No. 24, and for such other and further relief as this Court deems appropriate.

Dated: September 11, 2025

                                                  Respectfully submitted:

                                                  **HOLLAND & KNIGHT LLP**

                                                  By: */s/ Justin S. Cohen*
                                                  Justin S. Cohen

                                                  **Justin S. Cohen**
                                                  Texas Bar No. 24078356
                                                  Justin.Cohen@hklaw.com
                                                  1722 Routh Street
                                                  #1500
                                                  Dallas, Texas 75021
                                                  Tel: (214) 969-1700
                                                  Fax: (214) 969-1751

                      */s/ Daniel J. Barsky*
                      Daniel J. Barsky, Esq.

**Daniel J. Barsky, Esq.**
Florida Bar No. 0025713
daniel.barsky@hklaw.com
701 Brickell Ave.
#3300
Miami, Florida 33131
Tel: (305) 458-1193
Fax: (305) 789-7799

*Attorneys for Plaintiff*
*Consejo Regulador Del Tequila A.C.*

## Local Rule 3.01(g) Certification

I hereby certify that, as set forth in the body of the Motion, I communicated via email with counsel for Defendants regarding the relief sought in the Motion and counsel for Defendants agreed to the relief requested.

                      */s/ Daniel J. Barsky*
                      Daniel J. Barsky, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via CM/ECF this 11th day of September, 2025 which caused a copy to be served on all counsel of record.

                      /s/ Justin S. Cohen
                      Justin S. Cohen, Esq.