AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Middle District of Florida__ on the following

☒ Trademarks or  ☐ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>3:25-cv-236-WWB-MCR | DATE FILED<br>3/4/2025 | U.S. DISTRICT COURT<br>Middle District of Florida-Jacksonville |
|---|---|---|
| | | 300 North Hogan Street |
| | | Jacksonville, Florida 32202 |
| **PLAINTIFF**<br><br>CONSEJO REGULADOR DEL TEQUILA, A.C. | | **DEFENDANT**<br><br>ADDITIVE FREE ALLIANCE, INC. and S2F ONLINE, INC., |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  See attached | | |

In the above—entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| See attached |

| CLERK<br><br>ELIZABETH M. WARREN | (BY) DEPUTY CLERK<br><br>Jessica Melendez | DATE<br><br>September 11, 2025 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**     **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**     **Copy 4—Case file copy**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CONSEJO REGULADOR DEL
TEQUILA, A.C.,

        Plaintiff,

v.                                                                              Case No.: 3:25-cv-236-WWB-MCR

ADDITIVE FREE ALLIANCE, INC. and
S2F ONLINE, INC.,

        Defendants.
_____/

## ORDER

THIS CAUSE is before the Court upon *sua sponte* review of the file.  On March 7, 2025, the parties were notified of their obligation to comply with Local Rule 3.02, requiring the filing of a case management report within forty days after any defendant appears. (Doc. 12).  The parties were also cautioned that failure to comply with any local rule or orders of this Court could result in dismissal of this case without further notice.  (Doc. 11). The first Defendant appeared in this case on April 1, 2025, but no case management report has been filed and the time to do so has passed.

Therefore, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice** for failure to comply.  The Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** in Jacksonville, Florida on September 10, 2025.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record